CA Bar No. 077632
Ray H. Olmstead
Attorney at Law
P.O. Box 15031
Santa Rosa, CA 95402
707-539-5551
*olmstead@rholmstead.com*

Attorney for Jeffry
Locke, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re                                         Case No. 10-14672

MARK P. LASKEY
MARIANNE E. LASKEY                            Chapter 7

           Debtors
_____/

**ORDER FOR ENTRY OF DEFAULT AND AUTHORIZING AUCTION SALE**

**AND PAYMENT OF FEES AND REIMBURSEMENT OF COSTS TO AUCTIONEER**

The Trustee having made application to the court for the entry of the default of those persons having notice of the Trustee's Motion for Approval of Public Auction Sale, and for an order authorizing the auction sale and also authorizing payment of Auctioneer's fees and costs, good cause appearing,

IT IS HEREBY ORDERED that the default of those parties with notice of the Trustee's Motion for Approval of Public Auction Sale is hereby entered, and that the Trustee's Auctioneer, Tom Dupont Jr., dba American Auctioneering, is authorized to conduct a auction

sale of (1) a 2005 Harley Davidson, FLHTI, Motorcycle, CA license number 17V217, (2) a 1987 Jeep Wrangler, CA license number 2ELD499, and (3) a Ford F-150 XL pickup truck, CA license number 6W05255,, all as set forth in the motion.

IT IS FURTHER ORDERED that the Trustee is authorized to pay a commission to his auctioneer, Tom Dupont, Jr., dba American Auctioneering, out of the proceeds of the auction sale in the amount of 10% of the gross selling price for the item sold, and also to reimburse Tom Dupont, Jr., dba American Auctioneering, for his out-of-pocket expenses.

As requested in the motion, the stay provided for by B.R. 6004(h), is waived.

Dated: February 24, 2011

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge