CA Bar No. 077632
Ray H. Olmstead
Attorney at Law
P.O. Box 15031
Santa Rosa, CA 95402
707-539-5551
*olmstead@rholmstead.com*

Attorney for Jeffry Locke, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-14672 |
| MARK P. LASKEY<br>MARIANNE E. LASKEY | Chapter 7 |
| Debtors<br>_____/ | **(Hearing to be set, by written Notice, in the event an objection is filed, per BLR 9014-1(b))** |

**MOTION FOR TURNOVER OF PROPERTY TO THE ESTATE**

Jeffry Locke, Trustee, pursuant to 11 U.S.C. Section 542(a) and B.R. 7001(1), moves the court for an order compelling the Debtors to turn over to the estate the sum of $6,450, which is the total scheduled amount of the Debtors' Bank of America bank balances. These balances are not claimed exempt, and the Debtors have no remaining, unused wildcard exemptions available to exempt these bank balances.

The Trustee also moves the court for an order compelling the Debtors to turnover copies of all Bank of America bank statements for the period, November 1, 2010 though January 31, 2011.

Trustee reserves the right to amend the amount of the turnover

1 demand in the event that the bank statements disclose a different
2 amount in the accounts on the date of the commencement of the case.
3     This motion is based upon the filings herein, the Declaration
4 of Ray H. Olmstead, filed herewith, and such other and further
5 evidence as may be presented at hearing.
6     Dated:   June 9, 2011

                                    /s/ Ray H. Olmstead
                                    Ray H. Olmstead, Attorney for
                                    Jeffry Locke, Trustee