```
 1  CA Bar No. 077632
    Ray H. Olmstead
 2  Attorney at Law
    P.O. Box 15031
 3  Santa Rosa, CA 95402
    707-539-5551
 4  olmstead@rholmstead.com

 5  Attorney for Jeffry
    Locke, Trustee
 6
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 10-14672 |
|---|---|
| MARK P. LASKEY<br>MARIANNE E. LASKEY | Chapter 7 |
| Debtors<br>_____/ | **(Hearing to be set, by written Notice, in the event an objection is filed, per BLR 9014-1(b))** |

### NOTICE OF OPPORTUNITY FOR HEARING ON

### MOTION FOR TURNOVER OF PROPERTY TO THE ESTATE

You are hereby notified that Jeffry Locke, Trustee has filed a MOTION FOR TURNOVER OF PROPERTY TO THE ESTATE, a copy of which is being served together with this NOTICE.

### NOTICE OF OPPORTUNITY FOR HEARING

**In the event that you object to, or want a hearing on, the above motion, then you are referred to Rule 9014-1(b)(3) of the Bankruptcy Local Rules for the Northern District of California. Any such objection must be made in writing, accompanied by a request for hearing, and must be filed with the Clerk, U.S.**

Bankruptcy Court, 99 South "E" Street, Santa Rosa, California, 95404, with a copy delivered to the Trustee's attorney, at his address listed above, and to Jeffry Locke, Trustee, 530 Alameda Del Prado, #396, Novato, CA 94949, no later than 21 days following the date (of mailing) of this notice. Additionally, it is requested that no later than 21 days following the date of mailing of this notice the objecting party will contact, by telephone, the Trustee's attorney, at (707) 539-5551, and put him on oral notice that an objection has been made. Any such objection, or request for hearing, must be accompanied by a declaration, or memorandum of law, that the objecting party wishes to present in support of its position. If no objection or request for hearing is timely made, then the relief requested in the motion may be granted by default. If a timely objection and request for hearing is filed and served, then the undersigned will serve upon the objecting or requesting party a written Notice of Hearing on the Motion, with the hearing date set no less than seven (7) days following the date of mailing of the Notice of Hearing. The hearing will be held at the United States Bankruptcy Court, 99 South "E" Street, Santa Rosa, California, on the date set forth in the Notice of Hearing.

Dated: June 9, 2011

        <u>Ray H. Olmstead</u>
        Ray H. Olmstead, Attorney for
        Jeffry Locke, Trustee

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY U.S. MAIL** |
| 2 | I, Ray H. Olmstead, declare: |
| 3 | I am a citizen of the United States and resident of Sonoma |
| 4 | County, California; I am over the age of eighteen years and not a |
| 5 | party to the within entitled action; my business address is |
| 6 | P.O. Box 15031, Santa Rosa, CA 95402. |
| 7 | On June 9, 2011, I served a true and correct copy of the |
| 8 | within **NOTICE OF OPPORTUNITY FOR HEARING ON MOTION FOR TURNOVER OF** |
| 9 | **PROPERTY TO THE ESTATE (and the Motion for Turnover of Property to** |
| 10 | **the Estate and Declaration of Ray H. Olmstead - both filed herein)** |
| 11 | on the parties in said action by placing true copy thereof, |
| 12 | enclosed in a sealed envelope with postage thereon fully prepaid, |
| 13 | in the United States mail at Santa Rosa, California, addressed as |
| 14 | follows: |

Daniel Beck
Beck Law PC
2681 Cleveland Avenue
Santa Rosa, CA 95403

Mark P. Laskey
Marianne E. Laskey
134 Nottingham Way
Windsor, CA 95492

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 9, 2011, at Santa Rosa, California.

/s/ Ray H. Olmstead
Ray H. Olmstead