```
CA Bar No. 077632
Ray H. Olmstead
Attorney at Law
P.O. Box 15031
Santa Rosa, CA 95402
707-539-5551
```
*olmstead@rholmstead.com*

Attorney for Jeffry Locke, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re                                                Case No. 10-14672

MARK P. LASKEY
MARIANNE E. LASKEY                                   Chapter 7

                                                     **(Hearing to be set, by**
            Debtors                                  **written Notice, in the**
                                                     **event an objection is filed,**
_____/                     **per BLR 9014-1(b))**

### DECLARATION OF RAY H. OLMSTEAD IN SUPPORT OF

### MOTION FOR TURNOVER OF PROPERTY TO THE ESTATE

I, Ray H. Olmstead, declare:

1. I am the attorney for the Trustee herein. My employment has been approved by the court. The matters set forth herein are based upon my own personal knowledge.

2. The Debtors' schedules disclose non-exempt bank balances in the amount of $6,450.

3. On May 10, 2011, I sent an email to Debtors' attorney and requested copies of the Debtors' bank statements covering the date of the filing of the case. I have not received the requested bank statements.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: June 9, 2011

/s/ Ray H. Olmstead
Ray H. Olmstead